PROB 12B
(7/93)

Report Date: June 27, 2007

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 09 2007

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Miguel Angel Garcia          Case Number: 2:04CR02059-001

Name of Sentencing Judicial Officer: The Honorable Alan A McDonald, Senior U.S. District Judge

Date of Original Sentence: 3/3/2005          Type of Supervision: Supervised Release

Original Offense: Misprision of a Felony,    Date Supervision Commenced: 5/23/2007
18 U.S.C. § 4

Original Sentence: Prison - 33 Months; TSR - 12    Date Supervision Expires: 5/22/2008
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

19   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

### CAUSE

The offender was recently released from custody on May 23, 2007. Recent 9th Circuit case law requires the Court specify the number of urine or breath tests an offender is subject to within a given time frame. The offender has signed a waiver to allow modification of his conditions to have his testing conditions be in compliance with 9th Circuit case law. The waiver is enclosed for the Court's review. It is respectfully recommended the Court approves the modifications as indicated.

Prob 12B
**Re: Garcia, Miguel Angel**
**June 27, 2007**
**Page 2**

Respectfully submitted,

by *[signature]*

Kevin Crawford
U.S. Probation Officer
Date: June 27, 2007

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

*[signature]*

Signature of Judicial Officer
ALAN A. McDONALD
7-9-2007

Date